UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS FELLIN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | Case No. 4:24-cv-00049-SRC ) ) |
| HENKEL CORPORATION et al., | ) ) |
| Defendants. | ) ) ) |

**Order of Dismissal with Prejudice**

In accordance with the Memorandum and Order entered this same date, the Court dismisses this action with prejudice.

So ordered this 30th day of May 2024.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE